**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 97-7064**

—————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BOBBY HAZEL,

Defendant - Appellant.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-93-62-A, CA-97-633-AM)

—————

Submitted: November 12, 1997      Decided: December 11, 1997

—————

Before WIDENER, HALL, and HAMILTON, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Bobby Hazel, Appellant Pro Se. Charles Philip Rosenberg, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Hazel</u>, Nos. CR-93-62-A; CA-97-633-AM (E.D. Va. July 14, 1997). <u>See</u> <u>Lindh v. Murphy</u>, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). Appellant's motion to withdraw his previous motion seeking a stay of the informal briefing order is granted. Appellant's two motions seeking a stay of the appellate proceedings or an enlargement of time are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>